#107  #128542

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 JUN -2 PM 3:06

In re: WAGNER, SANDRA L    Case No. 09-37546

Judge RICHARD L SPEER

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| FIA Card Services, NA<br>Bank of America | PO Box 248809<br>Oklahoma City, OK 73124-8809 | $1.55 |

Check for $1.55 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 5/28/10

cc:
Office of the U.S. Trustee